FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 25 2026

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| Jane Doe, Plaintiff | CASE NO._____ |
|---|---|
|  | (To be supplied by the Clerk) |
| National Technology and Engineering Solutions of Sandia, LLC ("NTESS"), doing business as Sandia National Laboratories, Defendant |  |

## MOTION TO PROCEED PSEUDONYMOUSLY

Plaintiff Jane Doe respectfully moves this Court for an order allowing her to proceed in this action under the pseudonym "Jane Doe." Plaintiff's real identity is being protected because this action involves allegations of sexual assault. The Defendant, NTESS, is a major employer and government contractor. Public disclosure of Plaintiff's identity in connection with these allegations poses a severe risk of professional retaliation, damage to career reputation, and future employability within the industry. Disclosure of her identity would result in additional emotional distress.

Plaintiff has provided a sealed statement containing her real identity for the Court's review.

WHEREFORE, Plaintiff respectfully requests that the Court:

1) Grant Plaintiff leave to proceed in this action under the pseudonym "Jane Doe";

2) Order that the Clerk of Court maintain Plaintiff's Sealed Statement under seal

3) Enter a Protective Order prohibiting Defendant and its counsel from disclosing Plaintiff's identity to any third party, or to any employee of NTESS who does not have a direct and specific need to know for the purpose of legal defense; and

1

4) Authorize the Clerk to issue any necessary Summons in the name of "Jane Doe" to protect Plaintiff's anonymity during the service of process.

Respectfully submitted,

*Jane Doe*

Jane Doe, Plaintiff

Dated: 23 February 2026